# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
### PUBLIC HEALTH DEPARTMENT

**STATE FILE NUMBER:** 3052018135479
**LOCAL REGISTRATION NUMBER:** 3201801004870

### CERTIFICATE OF DEATH — STATE OF CALIFORNIA

**DECEDENT'S PERSONAL DATA**

- 1. NAME OF DECEDENT - FIRST (Given): DUJUAN
- 2. MIDDLE: O.
- 3. LAST (Family): ARMSTRONG
- 4. DATE OF BIRTH: 08/09/1994
- 5. AGE Yrs.: 23
- 6. SEX: M
- 7. DATE OF DEATH: 06/23/2018
- 8. HOUR (24 Hours): 1924
- 9. BIRTH STATE/FOREIGN COUNTRY: KS
- 10. SOCIAL SECURITY NUMBER: UNKNOWN
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: NEVER MARRIED
- 13. EDUCATION: HS GRADUATE
- 16. DECEDENT'S RACE: AFRICAN AMERICAN
- 17. USUAL OCCUPATION: TOW TRUCK DRIVER
- 18. KIND OF BUSINESS OR INDUSTRY: TOW COMPANY
- 19. YEARS IN OCCUPATION: 1

**USUAL RESIDENCE**

- 20. DECEDENT'S RESIDENCE: 2555 INTERNATIONAL BLVD. APT. 320
- 21. CITY: OAKLAND
- 22. COUNTY/PROVINCE: ALAMEDA
- 23. ZIP CODE: 94601
- 24. YEARS IN COUNTY: 14
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

- 26. INFORMANT'S NAME, RELATIONSHIP: BARBARA DOSS, MOTHER
- 27. INFORMANT'S MAILING ADDRESS: 2123 106TH AVENUE, OAKLAND, CA 94603

**SPOUSE/SRDP AND PARENT INFORMATION**

- 28. NAME OF SURVIVING SPOUSE/SRDP - FIRST: -
- 29. MIDDLE: -
- 30. LAST (BIRTH NAME): -
- 31. NAME OF FATHER/PARENT - FIRST: DWIGHT
- 32. MIDDLE: O'SHEA
- 33. LAST: ARMSTRONG
- 34. BIRTH STATE: LA
- 35. NAME OF MOTHER/PARENT - FIRST: BARBARA
- 36. MIDDLE: DENISE
- 37. LAST (BIRTH NAME): DOSS
- 38. BIRTH STATE: CA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

- 39. DISPOSITION DATE: 07/03/2018
- 40. PLACE OF FINAL DISPOSITION: ROLLING HILLS MEMORIAL PARK, 4100 HILLTOP DRIVE, RICHMOND, CA 94803
- 41. TYPE OF DISPOSITION(S): BU
- 42. SIGNATURE OF EMBALMER: GREGORY ATKINS
- 43. LICENSE NUMBER: EMB7340
- 44. NAME OF FUNERAL ESTABLISHMENT: WHITTED-ATKINS FUNERAL HOME
- 45. LICENSE NUMBER: FD837
- 46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS, M.D.
- 47. DATE: 07/02/2018

**PLACE OF DEATH**

- 101. PLACE OF DEATH: VALLEY CARE MEDICAL CENTER
- 102. IF HOSPITAL, SPECIFY ONE: [X] ER/OP
- 104. COUNTY: ALAMEDA
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 5555 WEST LAS POSITAS BOULEVARD
- 106. CITY: PLEASANTON

**CAUSE OF DEATH**

- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): CAUSE UNDER INVESTIGATION
- Time interval between Onset and Death: INVS
- 108. DEATH REPORTED TO CORONER?: [X] YES
- Coroner number: 2018-02007
- 109. BIOPSY PERFORMED?: [X] NO
- 110. AUTOPSY PERFORMED?: [X] YES
- 111. USED IN DETERMINING CAUSE?: [X] YES

- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: -
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: -

**PHYSICIAN'S CERTIFICATION**

- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED.
- 115. SIGNATURE AND TITLE OF CERTIFIER: 

**CORONER'S USE ONLY**

- 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED.
- MANNER OF DEATH: [X] Pending Investigation
- 120. INJURED AT WORK?: -
- 123. PLACE OF INJURY: -
- 124. DESCRIBE HOW INJURY OCCURRED: -
- 125. LOCATION OF INJURY: -
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: KAREN E EASLING
- 127. DATE: 06/25/2018
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: KAREN E EASLING, DEPUTY CORONER

`*010001003921471*`

1 of 3

CAALAMED01

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

**DATE ISSUED:** SEP 06 2018

INTERIM HEALTH OFFICER AND LOCAL REGISTRAR

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

001206015



# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

| STATE FILE NUMBER | AFFIDAVIT TO AMEND A RECORD<br>NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS | LOCAL REGISTRATION NUMBER |
|---|---|---|
| 3052018135479 | | 3201801004870 |
| 1.1 | ☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH | |

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I — INFORMATION TO LOCATE RECORD

**INFORMATION AS IT APPEARS ON ORIGINAL RECORD**

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| DUJUAN | O. | ARMSTRONG |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 06/23/2018 | PLEASANTON | ALAMEDA |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| DWIGHT O'SHEA ARMSTRONG | BARBARA DENISE DOSS |

### PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 10 | UNKNOWN | 511117556 |

LIST ONE ITEM PER LINE

**11. REASON FOR CORRECTION:** RECEIVED SOCIAL SECURITY NUMBER

### AFFIDAVITS AND SIGNATURES

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ RAHSAAN LEWIS | RAHSAAN LEWIS | ADMINISTRATOR |
| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | | 12E. DATE SIGNED—MM/DD/CCYY |
| 5500 FOOTHILL BLVD., OAKLAND, CA 94605 | | 07/02/2018 |
| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
| ▶ SHIRELL HALL | SHIRELL HALL | ADMINISTRATOR |
| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | | 13E. DATE SIGNED—MM/DD/CCYY |
| 5500 FOOTHILL BLVD, OAKLAND, CA 94605 | | 07/19/2018 |

### STATE/LOCAL REGISTRAR USE ONLY

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ▶ STATE REGISTRAR - OFFICE OF VITAL RECORDS | 07/19/2018 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS    *020101003926142*    FORM VS 24e (REV. 1/08)    1.1

2 of 3

CAALAMED001

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: **SEP 06 2018**

001206016

INTERIM HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

### CERTIFICATION OF VITAL RECORD

**PHYSICIAN/CORONER'S AMENDMENT**

STATE FILE NUMBER: 3052018135479
LOCAL REGISTRATION NUMBER: 3201801004870

2.1

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD:

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| DUJUAN | O. | ARMSTRONG | M |

| 3. DATE OF EVENT — MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 06/23/2018 | PLEASANTON | ALAMEDA |

## PART II — STATEMENT OF CORRECTIONS

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | CAUSE UNDER INVESTIGATION | MECHANICAL ASPHYXIA |
| 107AT | INVS | MINS |
| 112 | - | CARDIAC HYPERTROPHY; OBESITY |
| 113 | - | NO |
| 119 | PENDING INVESTIGATION | ACCIDENT |
| 120 |  | NO |
| 121 |  | 06/23/2018 |
| 122 |  | UNK |
| 123 |  | JAIL |
| 124 |  | ASPHYXIATED DURING THE APPLICATION OF A RESTRAINT DEVICE |
| 125 | - | 5325 BRODER BOULEVARD, DUBLIN, CA 94568 |

### DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| ▶ MICHAEL CARDOZA | 09/05/2018 | DEPUTY CORONER |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 2901 PERALTA OAKS CT. | OAKLAND | CA | 94605 |

### STATE/LOCAL REGISTRAR USE ONLY

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| ▶ STATE REGISTRAR - OFFICE OF VITAL RECORDS | 09/05/2018 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

*020201003975839*

FORM VS 24Ae (REV. 1/08)

2.1

3 of 3

CAALAMED01

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: **SEP 06 2018**



001206017



INTERIM HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.



