**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
BARBARA DOSS, B.A., O.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA DOSS, et. al.,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No. 3:19-cv-07940-CRB<br><br>**JOINT STATEMENT RE SETTLEMENT CONFERENCE VIDEO EXHIBITS** |

Pursuant to the Court's order at Docket No. 168, the parties respectfully submit the following statement regarding the video exhibits for the settlement conference set for September 23, 2026 before the Honorable Judge Laurel Beeler.

The parties have met and conferred and agreed to omit the videos as exhibits for the upcoming settlement conference. The parties do not intend to play the videos as exhibits during the settlement conference.

Dated: September 18, 2026

**LAW OFFICES OF JOHN L. BURRIS**

By: /s/ James Cook

James Cook
Attorney for Plaintiffs

Dated: September 18, 2026

**BERTLING LAW GROUP**

/s/ Peter Bertling

Peter G. Bertling
Attorneys for Defendant
GARCIA

Dated: September 18, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Austin Kessler

Austin R. Kessler
Lindsey Romano
Kendra Stark Austin Kessler
Attorneys for Defendants
WELLPATH, INC, MICHAEL DURBIN
MICHAEL NARIA, MARIA SADRI, and
NEENA THOMAS